**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

FRANK BRETT

Plaintiff                                                    *

v                                                            *          Civil Action Case No. JFM-09-2229

TITANIA, MACK, PARKER, GREENBERG,  *
TRAURIG LLP,
INDEPENDENCE BLUE CROSS OF EASTERN
PENNSYLVANIA,                                    *
and JEWEL BOX STRIP BAR
                                                             *
Defendants

                                                    ***

**ORDER**

The above-captioned complaint was filed on August 21, 2009, together with a motion to

proceed in forma pauperis.  Because he appears to be indigent, plaintiff's motion shall be

granted.

The complaint, thirteen pages long consists of rambling accusations which do not plainly

state a federal cause of action; thus, the complaint fails to comply with Rule 8(a) of the Federal

Rules of Civil Procedure.  The Rule requires that complaints include (1) a short and plain

statement of the grounds upon which this court has jurisdiction; (2) a short and plain statement of

the claim showing that plaintiff is entitled to relief; and (3) a demand for judgment for the relief

plaintiff seeks.   There are no facts alleged in the complaint from which a discernible claim could

be gleaned and, thus, would not serve to place defendants on notice of the conduct for which

they are being sued.

Accordingly, it is this 31st day of August, 2009, by the United States District Court for

the District of Maryland, hereby ORDERED that:

1.  Plaintiff's motion to proceed in forma pauperis IS GRANTED;

2.  The complaint IS DISMISSEDWITHOUT PREJUDICE;

3.  The Clerk SHALL MAIL a copy of this order to plaintiff; and

4.  The Clerk SHALL CLOSE this case.


/s/

J. Frederick Motz
United States District Judge